CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE Magistrate Judge Go      6/28/10      Time: _____

Case No.: 08-CR-868 (JBW)

DEFENDANT'S NAME: Jasujot Singh
  ✓ present   __ not present   ✓ custody   __ bail

DEFENSE COUNSEL: Parkar and Prashad
  ✓ present   __ not present   __ CJA   ✓ RET   __ FED DEF.

A.U.S.A.: Melissa Marrus    CLERK: AK

FTR#: FTR 4:01 – 4:32      INTERPRETER: Upi Sharma – Punjabi
ESR B10/26 b236 - end / B10/25 0-129

__ CASE CALLED   __ DEFENDANT'S FIRST APPEARANCE

DEFENDANT __ SWORN __ ARRAIGNED __ INFORMED OF RIGHTS
           __ WAIVES TRIAL BEFORE DISTRICT COURT

__ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT.

✓ SUPERSEDING INDICTMENT/INFORMATION FILED.    Specifically re: marijuana and MDMA

__ DEFENDANT FAILED TO APPEAR, BENCH WARRANT ISSUED.

✓ DEFENDANT ENTERS **GUILTY PLEA TO COUNT** 1 OF Superceding Indictment

__ BAIL __ SET __ CONT'D FOR DEFENDANT.

__ DEFENDANT CONT'D IN CUSTODY.

✓ SENTENCING SCHEDULED FOR 11/4/10 AT 10:00 am
  BEFORE JUDGE Weinstein.

__ SENTENCING WILL BE SCHEDULED BY PROBATION.

__ OTHER COMMENTS/RULINGS: _____

***PURSUANT TO THE JUDGE'S REFERRAL ORDER TO **MAGISTRATE JUDGE GO**, DATED 6/28/10, MAGISTRATE GO HAS ADMINISTERED THE ALLOCUTION PURSUANT TO F.R.C.P., RULE 11 AND A FINDING HAS BEEN MADE THAT THE PLEA WAS KNOWINGLY AND VOLUNTARILY MADE AND NOT COERCED. **MAGISTRATE JUDGE GO RECOMMENDS TO JUDGE** Weinstein **THAT THE PLEA OF GUILTY SHOULD BE ACCEPTED. THE PLEA AGREEMENT IS MARKED AS COURT EXHIBIT 1.**
  ✓ REQUEST FOR TRANSCRIPT FOR JUDGE Weinstein